ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Philip H. Brandt
Chapter 7
Hearing Location: Tacoma
Hearing Date: March 10, 2010
Hearing Time: 9:30 am
Response Date: March 3, 2010

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Robert T Knick
Susan P. Knick

Debtors.

No.: 09-49542-PHB

ORDER GRANTING RELIEF FROM STAY
To U.S. Bank N.A.

This matter came before the Court upon U.S. Bank N.A.'s motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of U.S. Bank N.A.'s motion and further as to the property located at 15524 135th Ave E, Puyallup, Washington 98374 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to U.S. Bank N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of U.S. Bank N.A.'s motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

Case 09-49542-PHB    Doc 22    Filed 03/04/10    Entered 03/04/10 15:08:50    Page 1 of 2

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

*[Signature]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Aaron Masser WSBA# 32692 for:
Mark Moburg, WSBA# 19463
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 09-49542-PHB    Doc 22    Filed 03/04/10    Entered 03/04/10 15:08:50    Page 2 of 2